IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM                          MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO

SHARON BUNCH,

        Plaintiff,

v.                                                   Civil Action No. 2:15-cv-04772

ETHICON, INC., and
JOHNSON & JOHNSON,

        Defendants.

## MEMORANDUM OPINION AND ORDER

    Plaintiff, Sharon Bunch's counsel filed this civil action on April 16, 2015 [ECF No. 1]. On November 15, 2018, plaintiff's counsel filed a Suggestion of Death noting the death of plaintiff Sharon Bunch on or about December 7, 2013. Because the plaintiff was deceased prior to the time this case was filed, she cannot bring a lawsuit in her own name. "[A] lawsuit filed in the name of a deceased individual is a nullity over which this Court has no jurisdiction." *In re Engle Cases,* No. 3:09-cv-1000-J-32JBT, 2013 WL 8115442, at *2 (M.D. Fla. Jan. 22, 2013). Accordingly, the court **ORDERS** that this case is **DISMISSED** without prejudice and **STRICKEN** from the docket of this court.

    The court **DIRECTS** the Clerk to file a copy of this Order and to send a copy of this Order to counsel and any unrepresented party.

                              ENTER: July 10, 2020

                              JOSEPH R. GOODWIN
                              UNITED STATES DISTRICT JUDGE